1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY W. LEE,

11           Petitioner,                    No. CIV S-07-2255 LKK JFM P

12       vs.

13   KUMA J. DEBOO, et al.,

14           Respondents.                   <u>ORDER</u>

15   _____/

16           Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ

17   of habeas corpus pursuant to 28 U.S.C. §  2241.  Petitioner has not, however, filed an in forma

18   pauperis affidavit or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).

19   Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

20   a request to proceed in forma pauperis or submit the appropriate filing fee.

21           In accordance with the above, IT IS HEREBY ORDERED that:

22           1.  Petitioner shall submit, within thirty days from the date of this order, an

23   affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

24   petitioner's failure to comply with this order will result in the dismissal of this action; and

25   /////

26   /////

1

2.   The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED:  October 30, 2007.

UNITED STATES MAGISTRATE JUDGE

/mp/001
lee2255.101a