IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY W. LEE,

    Petitioner,                  No. CIV S-07-2255 LKK JFM P

    vs.

KUMA J. DEBOO, et al.,

    Respondents.               ORDER

_____/

    Petitioner has requested an extension of time to pay the filing fee pursuant to the court's order of October 31, 2007.[1]  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's November 21, 2007 request for an extension of time (docket no. 6) is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to pay the filing fee.

DATED: November 30, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; lee2255.111

---

[1] Although petitioner also filed an application to proceed in forma pauperis on November 21, 2007, petitioner noted on the form that he intends to pay the filing fee from his commissary account.  (Id. at 1 [docket no. 7].)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26